# Third District Court of Appeal
## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-63
Lower Tribunal No. F90-22211
_____

**James Benjamin Bell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, William Altfield, Judge.

James Benjamin Bell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. See Williams v. State, 925 So. 2d 427 (Fla. 3d DCA 2006).